Opinion by RAO, J. It was stipulated that the merchandise is the same in all material respects as the gloves which were the subject of *United States* v. *Julius Kayser & Co.* (33 C. C. P. A. 179, C. A. D. 333). The claim of the plaintiffs was therefore sustained.

**No. 53487.**—Amfo, Inc. *v.* United States, protests 982235–G, etc. (New York).

Opinion by RAO, J. It was stipulated that the merchandise is the same in all material respects as the gloves which were the subject of *United States* v. *Julius Kayser & Co.* (33 C. C. P. A. 179, C. A. D. 333). The claim of the plaintiff was therefore sustained.

**No. 53488.**—Abraham & Straus, Inc., et al. *v.* United States, protests 133268–K, etc. (New York).

Opinion by RAO, J. The protests were dismissed.

**No. 53489.**—Glovetex Corporation et al. *v.* United States, protests 139276–K, etc. (New York).

Opinion by RAO, J. The protests were dismissed.

**No. 53490.**—J. M. Rodgers *v.* United States, protest 143458–K (New York).

Opinion by RAO, J. The protest was dismissed.

**No. 53491.**—Comet Textile Co., Inc. *v.* United States, protests 144562–K, etc. (New York).

Opinion by RAO, J. The protests were dismissed.

BEFORE THE THIRD DIVISION, AUGUST 15, 1949

**No. 53492.**—R. H. Macy & Co., Inc. *v.* United States, protests 143983–K, etc. (New York).

Opinion by CLINE, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

BEFORE THE FIRST DIVISION, AUGUST 17, 1949

**No. 53493.**—Yardley & Co., Ltd. *v.* United States, protests 78955–K, etc. (New York).

Opinion by OLIVER, C. J. In accordance with stipulation of counsel that the merchandise consists of bottles the same in all material respects as those passed upon in *Griffon Importing Co.* v. *United States* (36 C. C. P. A. 121, C. A. D. 408), the claim of the plaintiff was sustained.

**No. 53494.**—Yardley & Co., Ltd. *v.* United States, protests 81367–K, etc. (New York).

Opinion by OLIVER, C. J. In accordance with stipulation of counsel that the merchandise consists of bottles the same in all material respects as those passed upon in *Griffon Importing Co.* v. *United States* (36 C. C. P. A. 121, C. A. D. 408), the claim of the plaintiff was sustained.

**No. 53495.**—J. E. Bernard & Company, Inc. *v.* United States, protests 135615–K/1449, etc. (Chicago).

Opinion by COLE, J. It was stipulated that the merchandise in question is the same in all material respects as the crude curare passed upon in Abstract 52532. The claim for free entry under paragraph 1669 was therefore sustained.

**No. 53496.**—Wilson & Co., Inc. *v.* United States, protests 138188–K and 139047–K (Pembina).

Opinion by COLE, J. It was stipulated that the merchandise is the same in all material respects as the concentrated ox gall passed upon in *G. D. Searle & Co.* v. *United States* (21 Cust. Ct. 112, C. D. 1138). The claim for free entry under paragraph 1669 was therefore sustained.

**No. 53497.**—George A. Breon & Company *v.* United States, protest 138609–K (St. Louis).

Opinion by COLE, J. It was stipulated that the merchandise is the same in all material respects as the concentrated ox gall passed upon in *G. D. Searle & Co.* v. *United States* (21 Cust. Ct. 112, C. D. 1138). The claim for free entry under paragraph 1669 was therefore sustained.

**No. 53498.**—Wilson & Co., Inc. *v.* United States, protest 146908–K (Detroit).